*11·29·12*

*(1)*

## NURSING NOTES

THE COMPUTER IN THE NURSES STATION IS THE ONLY ONE THAT CAN ACCESS THE MRI REPORTS IT IS TO BE USED ONLY FOR THAT PURPOSE.

PHONE CALLS ARENT BEING RETURNED....KEN HAD SEVERAL CALLS BOUT THEM NOT BEING RETURNED AND NURSE BEING RUDE.

I KNOW IT HAS BEEN A LOT WITH SOME PEOPLE HAVING TO COVER 2 PROVIDERS INSTEAD OF JUST THEIR OWN BUT IM WORKING ON TAKING CARE OF THAT.

UDS  IF THE UDS PERSON IS NOT THERE THEN YOU ARE GOING TO HAVE TO RUN THEM YOURSELF....

AND IF A PATIENT COMES IN THE OFFICE FOR SCRIPTS THEN GO AHEAD AND WRITE THEM INSTEAD OF SENDING THEM TO THE OTHER OFFICE IT DON'T TAKE BUT A MINUTE I KNOW IT'S A PAIN BUT JUST GO AHEAD AND DO IT.

WHEN YOU AE GOING TO BE LATE OR OUT PLEASE CALL ME AND LET ME KNOW NOT BRENDA OR ANYONE ELSE IM YOUR SUPERVISOR .

THE SOONER YOU LET ME KNOW THE SOONER I CAN TRY AND

## EXHIBIT 1

GET COVERAGE FOR YOU....

YOU HAVE TO MAKE SURE THE SCHEDULES ARE FULL ALL THE PROCEDURES ARE PRECERTED AND MAKE SURE THAT WHEN THEY RESCHEDULE THAT IT HAS NOT EXPIRED.....

WE ARE GOING TO HAVE NEW NP'S STARTING SOON AND INTRODUCE THE NEW PEOPLE AND EXPALIN WHERE THEY WILL BE WORKING.

AND TALK BOUT THE WRITING ON THE WORK UP SHEETS ABOUT POST OP OF PROCEDURES