# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* LORI L. CARVER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER 1:13-cv-00392-WS-N |
| PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., et al., | ) ) ) | |
| Defendants. | ) | |

## INSYS THERAPEUTICS, INC.'S DISCLOSURE STATEMENT

COMES NOW Insys Therapeutics, Inc. ("Insys"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. Civ. LR 7.1:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Insys Pharma, Inc. | Wholly-owned subsidiary of Insys |
| Insys Development Company, Inc. | Subsidiary of Insys |
| Insys Manufacturing, LLC | Subsidiary of Insys |
| IPSC, LLC | Subsidiary of Insys<br>Insys is the sole member of IPSC, LLC |

Dated: May 1, 2017.

Respectfully submitted,

*/s/ Rodney R. Cate*
Windy C. Bitzer (BITZ7315)
Rodney R. Cate (CATER8568)
Christine Harding Hart (HARTC5687)
HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone:	(251) 432-5511
Facsimile:	(251) 694-6375
Email:	wbitzer@handarendall.com
Email:	rcate@handarendall.com
Email:	chart@handarendall.com

and

*/s/ Adam P. Schwartz*
Adam P. Schwartz (*pro hac vice*)
Joseph W. Swanson (*pro hac vice*)
Erin J. Hoyle (*pro hac vice*)
Colton M. Peterson (*pro hac vice*)
CARLTON FIELDS JORDEN BURT, P.A.
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, FL  33607-5780
Telephone:	(813) 229-4336
Facsimile:	(813) 229-4133
Email:	aschwartz@carltonfields.com
Email:	jswanson@carltonfields.com
Email:	ehoyle@carltonfields.com
Email:	cpeterson@carltonfields.com

*Attorneys for Defendant Insys Therapeutics, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2017 the foregoing document was filed with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to counsel of record, and that a copy has been served on those parties not yet represented by counsel of record by placing same in the United States Mail, first class postage prepaid, as noted below:

**By CM/ECF:**

      Richard H. Holston
      Gregory Edward Vaughan
      HOLSTON VAUGHAN, LLC
      211 South Cedar Street
      Mobile, AL  36602
      rhh@holstonvaughan.com
      gev@holstonvaughan.com
      *Attorneys for Relator Lori L. Carver*

      Peter F. Burns
      Peter S. Mackey
      Troy Thomas Schwant
      William M. Cunningham, Jr.
      BURNS, CUNNINGHAM & MACKEY, P.C.
      P.O. Box 1583
      Mobile, AL  36633
      pfburns@bcmlawyers.com
      psmackey@bcmlawyers.com
      tschwant@bcmlawyers.com
      wmcuningam@bcmlawyers.com
      *Attorneys for Relator Lori L. Carver*

      Deidre L. Colson
      Steven E. Butler
      U.S. Attorney's Office
      63 S. Royal Street, Suite 600
      Mobile, AL  36602
      deidre.colson@usdoj.gov
      steven.butler@usdoj.gov
      *Attorneys for the United States*

      Richard D. Sanders
      The Sanders Law Firm, P.C.
      3127 Maple Drive NE
      Atlanta, GA 30305
      rsanders@southernhealthlawyers.com
      *Attorney for Castle Medical, LLC*

Christy Phillips Peek
The Sanders Law Firm, P.C.
3530 Independence Drive
Birmingham, Alabama  35209
cpeek@southernhealthlawyers.com
*Attorney for Castle Medical, LLC*

Michael E. Upchurch
Blair Henderson Graffeo
Frazer, Greene, Upchurch & Baker, LLC
P.O. Box 1686
Mobile, Alabama  36633
meu@frazergreene.com
bhg@frazergreene.com
*Attorneys for Castle Medical, LLC*

Patrick C. Finnegan
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
P.O. Box 2767
Mobile, Alabama  36652
pcf@helmsinglaw.com
*Attorney for Industrial Pharmacy Management, LLC*

**By Mail:**

Honorable Jefferson B. Sessions, III
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Douglas J. Rosenthal
United States Department of Justice
Civil Division, Fraud Section
600 E. Street, N.W.
Bldg. BCN-6932
Washington, DC  20004
Douglas.j.rosenthal@usdoj.gov

Physicians Pain Specialist of Alabama, PC
c/o John Patrick Couch, MD, Registered Agent
Inmate DOB:  07/01/1965
Mobile County Metro Jail
P.O. Box 104
Mobile, AL  36601

4

*Defendant*

John Patrick Couch, MD, Registered Agent
Inmate DOB:  07/01/1965
Mobile County Metro Jail
P.O. Box 104
Mobile, AL  36601
*Defendant*

Xiulu Ruan, MD
MNI No.:  17002216
Baldwin County Corrections Center
200 Hand Avenue
Bay Minette, AL  36507
*Defendant*

C & R Pharmacy, LLC
c/o John Patrick Couch, MD, Registered Agent
Inmate DOB:  07/01/1965
Mobile County Metro Jail
450 St. Emanuel St.
Mobile, AL  36601
*Defendant*

Christopher Manfuso
11404 Ellington Street
Fulton, MD  20759
*Defendant*

                                                                    */s/ Adam P. Schwartz*