UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ex rel. **LORI CARVER** | * * |
| Plaintiff, | * |
| vs. | * Case No. **13-0392-JB-N** |
| | * |
| **PHYSICIAN'S PAIN SPECIALISTS OF ALABAMA, P.C., et al,** | * |
| Defendant. | * |
| | * |

# ORDER

It is hereby **ORDERED** that this action is set for status conference before United States District Judge Jeffrey U. Beaverstock, at the United States Courthouse (Chambers, Room 460) at 155 St. Joseph Street, Mobile, Alabama 36602, on Friday**, August 24, 2018, at 1:00 p.m**.  At least one counsel for each party shall appear in person in Chambers.  Additional Counsel may participate by telephone if such Counsel's office is located outside the Southern District.

DONE and ORDERED this 17th day of August, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE
