IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., LORI L. CARVER, <br><br> Plaintiff, <br><br> v. <br><br> PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., et al., <br><br> Defendant. | Civil Action No. 13-392-JB-N |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, Sean P. Costello, United States Attorney for the Southern District of Alabama, and Relator Lori Carver, by and through her counsel Richard Holston, Gregory Vaughan, and Peter Mackey, report the current status of this matter to the Court pursuant to this Court's October 18, 2021, Order [Doc. 296]. This report is jointly filed, but the positions of Relator and the United States are not in accord as is set forth below.

**United States' Statement regarding Case Status**

In its October 15, 2021, status report, the United States reported that it had repeatedly offered to help Relator Lori Carver to answer the two essential questions pending in this litigation: whether a default judgment is appropriate and, if so, how to arrive at one. Since filing that status report, the United States has not received any communication from Relator's counsel about those issues. In short, the United States is unaware whether Relator has made any progress toward a proper default judgment. Given that Relator appears no closer to obtaining a default

1

judgment today than she was when the clerk entered default on October 23, 2020, the United States is analyzing how best to advance this case.

**Relator's Statement regarding Case Status**

Relator has filed a motion to unseal the record (Doc 293). This motion seeks memorandums filed by the United States on each of the occasions it sought to extend the stay on this proceeding because it might have had an impact on its then ongoing criminal investigation of the same Defendants. These pleadings will further illuminate the overlapping and related connections between this proceeding and the parallel criminal proceeding.  The government has objected, and the matter has been briefed. The parties are ready for oral argument on this issue.

Counsel for the Relator is preparing a submission on the damages for entry of a final default judgment. This submission is expected to request damages on both claims which overlap with the criminal restitution and penalties, as well as claims independent thereof.

Respectfully submitted,

| FOR RELATOR | FOR DEFENDANT UNITED STATES |
|---|---|
| HOLSTON, VAUGHAN & ROSENTHAL, LLC | SEAN P. COSTELLO<br>UNITED STATES ATTORNEY |
| */s/ Richard Holston (with permission)*<br>RICHARD H. HOLSTON, HOLSR5536<br>rhh@holstonvaughan.com | By: */s/ Keith A. Jones*<br>Keith A. Jones<br>Assistant United States Attorney |
| */s/ Gregory Vaughan (with permission)*<br>GREGORY VAUGHAN, VAUGG6227<br>gev@holstonvaughan.com | 63 South Royal Street, Suite 600<br>Mobile, Alabama  36602<br>Telephone: (251) 415-7206 |
| P.O. Box 195<br>Mobile, Alabama 36601<br>(251) 432-8883 – Phone<br>(251) 432-8884 – Facsimile | |

BURNS, CUNNINGHAM & MACKEY, P.C.

*/s/ Peter S. Mackey (with permission)*
PETER S. MACKEY, MACKP4325
PSMackey@bcmlawyers.com
WILLIAM M. CUNNINGHAM, JR., CUNNW0164
WMCunningham@bcmlawyers.com
PETER F. BURNS, BURNSP5689
PFBurns@bcmlawyers.com

*/s/ Troy T. Schwant (with permission)*
TROY T. SCHWANT
TSchwant@bcmlawyers.com

P.O. Box 1583
Mobile, Alabama 36633
(251) 432-0612 – Phone
(251) 432-0625 – Facsimile

**CERTIFICATE OF SERVICE**

    I certify that on January 14, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Keith A. Jones*
                                        Keith A. Jones
                                        Assistant U.S. Attorney